## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| CAROLINA MEDELLIN, | § | |
| (No. 98155-051), | § | |
| | § | |
| **Plaintiff,** | § | |
| vs. | § | Civil Action No. 4:20-cv-905-P |
| | § | |
| | § | |
| WARDEN CARR, | § | |
| FMC-Carswell, Et Al., | § | |
| | § | |
| **Defendants.** | § | |

## ORDER DENYING MOTION/REQUEST TO RESCIND FILING FEE ORDER

By order entered on October 7, 2020, the Court imposed the filing fee assessment and collection procedures of the Prison litigation Reform Act ("PLRA"). Filing Fee Order, ECF No. 12 (citing 28 U.S.C. §§ 1915(b)). On November 16, 2020, plaintiff Carolina Medellin filed a handwritten motion/request to have the case dismissed on the condition that "no more money . . . be taken out of my account." ECF No. 14. Under the PLRA, however, a prisoner who "brings a civil action . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1)(West 2019). Thus, this Court does not have the discretion to waive or rescind the collection of the filing fee once it is imposed, even if the case were to be dismissed.

It is therefore **ORDERED** that the motion/request to rescind the filing fee order (ECF No. 14) is **DENIED**.

**SO ORDERED** this **17th day** of **November, 2020.**

_Mark T. Pittman_

Mark T. Pittman
UNITED STATES DISTRICT JUDGE